# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| ROBERT JOSEPH BOWERS | ) | Case No.: 17-15526 CDP |
| | ) | |
| Debtor. | ) | |

## MOTION TO AVOID JUDICIAL LIEN

COME NOW the Debtor, Robert Bowers, by and through his undersigned attorney, and hereby submits this Motion to Avoid Judicial Lien, and as grounds therefore, states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on June 14, 2017.

2. Pursuant to 28 U.S.C. §1334, this Court has jurisdiction over this motion. This motion is filed pursuant to 11 U.S.C. §522(f) to avoid and cancel a judicial lien encumbering the residential real property of Debtor, located at the common address of 1501 Stover Street, Ft. Collins, CO 80524, in Larimer County, Colorado ("Property"). Said judicial lien is held by the following creditor:

| Creditor | Amount of Claim | Dates Recorded | Reception Numbers |
|---|---|---|---|
| BDG International Inc. | $337,405.67 (per poc filed by BDG on 3/18/19[1] | 10/25/2013 and 5/16/2017 | 20130080369 and 20170031725 |

3. Pursuant to 11 U.S.C. §522(d)(1), and C.R.S. §13-54-107, C.R.S. 38-41-201 and C.R.S. 38-41-202, the Movant has claimed such residential property as exempt, and has no equity in excess of the consensual liens and his homestead exemption.

4. Said claim is a judicial lien within the purview of 11 U.S.C. § 522(f)(1) and impairs Debtor's aforesaid exemptions within the meaning of 11 U.S.C. § 522(f). As listed in the Chapter 7 Schedules, the value of Debtor's interest in his primary residence at the time of the filing is approximately $275,000.00, based upon comparable values in the neighborhood. Consensual liens encumbering the subject property include a first mortgage of $95,401.00, owed to Bank of America, and a Home Equity Line of Credit in second position of approximately $52,820.00, owed to

---

[1] BDG's proof of claim, claim number 5, filed on 3/18/19, indicates the claim is NOT secured (box checked "NO" in Paragraph 9 of the claim, answering the question, "Is all or part of the claim secured?"). However, the judgments referenced above are recorded in Larimer County.

Bank of America. In addition, superior to BDG International Inc.'s judgment lien is a judgment lien owed to Bank of the West. Bank of the West's judgment is $305,829.00, and growing with interest (Bank of America statements and Bank of the West transcript of judgment attached hereto as exhibits, respectively).

5. That accordingly, BDG International Inc.'s judicial lien impairs the Debtor's exemption inasmuch as the sum of the consensual and judicial liens, as well as the exemption amount allowed per the relevant Colorado statutes set forth above, exceed the value that the Debtor's interest would have been but for the existence of the lien. The subject real estate is valued at $275,000.00. The consensual liens and superior judgment liens total $454,067.00, leaving $0.00. Debtor claimed a $105,000 homestead exemption, for which no objection was filed. As such, there is no equity for the above judgment lien to attach.

WHEREFORE, Debtor/Movant respectfully requests that this Court issue an order against the aforementioned Creditor, avoiding and canceling the judicial lien recorded against the above-mentioned property, and for other and further relief as this Court may deem to be just and proper.

Dated: April 1, 2019          By:     /s/ *Sean Cloyes*
                                      Sean Cloyes, 33381
                                      Berken Cloyes PC
                                      1159 Delaware Street
                                      Denver, Colorado 80204
                                      (303) 623-4357
                                      sean@berkencloyes.com