UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                    ) Chapter 7
ROBERT JOSEPH BOWERS                      ) Case No.: 17-15526 CDP
                                          )
     Debtor.                              )

_____

**ORDER PARTIALLY AVOIDING JUDICIAL LIEN**
_____

Upon the Motion by the Debtor to Partially Avoid Judicial Lien and Responses thereto, and the Court being advised of the premises therein:

HEREBY ORDERS that the Debtor's Motion to Partially Avoid Judicial Lien is GRANTED.

IT IS FURTHER ORDERED that the following liens partially impair the Debtor's exemptions within the meaning of 11 U.S.C. §522(f), and are, therefore, are forever partially avoided and extinguished and no longer enforceable against the property of the Debtor:

| Creditor | Amount of Claim | Date Recorded | Reception Number |
|---|---|---|---|
| Bank of the West | $304,829.48 | 1/20/2017 | 217007798 |

THE COURT FURTHER FINDS that of Creditor's $304,829.48 judgment, $283,050.48 impairs Debtor's homestead, and that amount is hereby avoided and extinguished. Judgment in the amount of $21,779.00 shall remain enforceable against the property.

BY THE COURT

*Cathleen D Parker*        7/29/2019
_____
Honorable Cathleen D. Parker
United States Bankruptcy Court