# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-15526-CDP |
| ROBERT JOSEPH BOWERS, ) | |
| SSN: XXX-XX-5265 ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**VERIFIED STATEMENT IN SUPPORT OF APPLICATION FOR AUTHORITY TO: (I) EMPLOY LONE PINE APPRAISALS, INC., AS APPRAISER AND EXPERT WITNESS; AND (II) PAY FLAT FEE UPON COMPLETION OF APPRAISAL**

I, Wayne T. Grizzell, hereby state under penalty of perjury, the following:

1. I have been an active real estate appraiser in the Colorado for approximately 16 years. I am licensed by the State of Colorado as a Certified General Appraiser, License #CG40042301. I am a principal of and employed by Lone Pine Appraisals, Inc. ("Lone Pine"). Lone Pine's address is P.O. Box 5968, Woodland Park, Colorado 80866.

2. I understand that Daniel A. Hepner, as chapter 7 trustee ("Trustee") for the bankruptcy estate of Robert J. Bowers ("Debtor") in involved in litigation regarding the real property and improvements located at 1439 County Road 111, Florissant, Colorado (the "Florissant Property").

3. Lone Pine will charge a flat fee of $1,950.00 to appraise and value the Florissant Property as of March 18, 2013, and prepare a written report. The flat fee will be paid upon completion of the appraisal and expert report. Lone Pine will charge $150 - $200 per hour for any additional expert work. In addition, Lone Pine charges $100/hour for travel time. I understand that Lone Pine will not be paid for any additional expert work from the assets of the estate absent approval by this Court.

4. To the best of my knowledge, Lone Pine is a disinterested person under 11 U.S.C. §§ 101 and 327 and does not hold or represent an interest adverse to the Trustee, Debtor or the bankruptcy estate in matters upon which it is to be engaged.

5. To the best of my knowledge, Lone Pine does not have any connection with the above-named Debtor, Debtor's creditors, any other party-in-interest, or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

6. To the best of my knowledge, Lone Pine is not a creditor, equity security holder or insider of the Debtor and Lone Pine does not have an interest adverse to the interest of the

bankruptcy estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on February 24, 2020.     _____
                 Wayne T. Grizzell