UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| | |
|---|---|
| Date: March 25, 2020 | HONORABLE Cathleen D. Parker, Presiding |
| | Location: Telephone Conference |

| | | | |
|---|---|---|---|
| In re: Robert Joseph Bowers | | Case No: 17-15526 | |
| | Debtor(s) | Chapter 7 | |

**Appearances**

| | | | |
|---|---|---|---|
| Debtor(s) | Robert Joseph Bowers | Counsel | Robert Bowers, pro se |
| Trustee | Daniel Hepner | Counsel | J. Brian Fletcher/Gabrielle Palmer |

Proceedings: Hearing on Trustee's Application to (I) Employ Lone Pine Appraisals, Inc. as Appraiser and Expert Witness; and (II) Pay Flat Fee Upon Completion of Appraisal (ECF No. 142) and the Debtor's objection (ECF No. 147)

Witness sworn and testified:   N/A

Orders:
☒ Relief sought   ☒ Granted   ☐ Denied   ☐ Case Dismissed   ☐ Continued
☐ Matter taken under advisement
☐ Formal order or judgment to enter      To be prepared   _____
☒ These minutes constitute the Court's official order in this matter

As stated on the record,
IT IS ORDERED Trustee's Application is GRANTED.

BY THE COURT

*Cathleen D Parker*   3/26/2020

Honorable Cathleen D. Parker
United States Bankruptcy Court