**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re: )
                                            ) Case No. 17-15526-CDP
ROBERT JOSEPH BOWERS, )
SSN: XXX-XX-5265 )
                                            ) Chapter 7
         Debtor. )

## ORDER GRANTING MOTION FOR AUTHORITY TO PAY MEDIATOR

THIS MATTER is before the Court on the Motion for Authority to Pay Mediator (the "Motion") filed by Daniel A. Hepner, Chapter 7 trustee ("Trustee") of the bankruptcy estate of Robert Joseph Bowers. The Court has examined the Motion, and good cause having been shown, hereby:

ORDERS that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Trustee is authorized to pay one-half of the costs associated with mediation.

BY THE COURT:

_[signature]_ 4/6/2020
Honorable Cathleen D. Parker
United States Bankruptcy Court Judge