IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

INRE:   					CaseNo. 17-15526-CDP
						Chapter 7

Robert Joseph Bowers

Debtor(s).

### ORDER ON MOTION FOR ABANDONMENT OF REAL PROPERTY

THIS MATTER is before the Court on TOWD Point Mortgage Trust 2019-2, U.S. Bank National Association, as Indenture Trustee's (Movant) Motion for an order requiring the Chapter 7 Trustee to abandon property of the bankruptcy estate described as follows:

> ALL THE REAL PROPERTY, TOGETHER WITH IMPROVEMENTS, IF ANY, SITUATE, LYING AND BEING IN THE COUNTY OF LARIMER AND STATE OF COLORADO, DESCRIBED AS FOLLOWS:
>
> LOT 4 UNIVERSITY ACRES FIRST SUBDIVISION, ACCORDING TO THE RECORDED PLAT PLAT THEREOF CITY OF FORT COLLINS, COUTNY OF LARIMER, STATE OF COLORADO.
>
> Purported common address: 1501 Stover Street, Fort Collins, CO 80524

The Court, having reviewed the motion, the Court's file, noting that no response to the motion was filed by the objection deadline set forth in the notice and being duly advised, hereby finds that Movant is an interested party, that the real property described above is of inconsequential or no value and benefit to the bankruptcy estate and that preservation of the same would be burdensome to the estate pursuant to 11 U.S.C §554(6) and Federal Rule of Bankruptcy Procedure Rule 6007(6).

It is therefore ORDERED that the Chapter 7 Trustee shall abandon the property described below and that the property shall no longer be property of the estate pursuant to 11 U.S.C §554(6) and Federal Rule of Bankruptcy Procedure Rule 6007(6).

BY THE COURT

*Cathleen D. Parker*   5/15/2020

Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Colorado