UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ROBERT JOSEPH BOWERS ) | Case No. 17-15526 CDP |
| SSN: XXX-XX-5265 ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On June 22, 2022, Daniel A. Hepner, Trustee, Movant, filed a motion or application pursuant to L.B.R. 9013-1 entitled First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses for Kaplan & Associates, P.C., Accountants for Trustee ("Motion"). Movant hereby certifies that the following is true and correct:

1. Service of the Motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. as is shown on the certificate of service previously filed with the Motion on June 22, 2022.

2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1, as is shown on the certificate of service previously filed with the Notice on June 22, 2022.

3. The docket numbers for each of the following relevant documents are:
   a. The Motion and all documents attached thereto and served therewith (Docket No. 189);
   b. The Notice (Docket No. 190);
   c. The certificate of service of the Motion and the Notice (Docket Nos. 189 and 190); and
   d. The proposed Order (Docket No. 189).

4. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the Notice.

WHEREFORE, Movant prays that the Court forthwith enter an Order, a form of which was previously submitted to the Court, granting the requested relief.

Dated: July  18 , 2022.

s/ Daniel A. Hepner
Daniel A. Hepner, Trustee
2095 West 6th Avenue, Suite 200
Broomfield, Colorado 80020
303-444-5141
d.hepner@dah-law.com