# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-15526-CDP |
| ROBERT JOSEPH BOWERS ) | |
| SSN: XXX-XX-5265 ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

## MOTION TO REQUEST RELIEF FROM COLLECTIONS
## OF DISCHARGED DEBT

**COMES NOW,** Robert Bowers ( "Bowers"), hereby moves this Honorable Court to issue relief and any possible sanctions for the benefit of debtor to prevent any and all collection efforts by BDG International in regard to the discharged debt.

1. Bowers is the debtor in this Chapter 7 case. Bowers filed for Chapter 7 on June 14, 2017. The Court ordered and issued the Order of Discharge on June 21, 2018. On April 26, 2019 the Court granted an Order Avoiding Lien put forth by the debtor.

2. The creditor, BDG International, through their Attorney Kramer, received all such Court Orders and the Order of Discharge for this case.

3. Beginning in January of 2023, the debtor has been in contact with a lender in an effort to reestablish credit worthiness and obtain outside financing to move forward after the Chapter 7 Bankruptcy. Approval had been granted and the lending process was moving forward.

4. The Judgement lien filed by BDG International has never been rescinded and remains in full force and effect. It was obtained by a Closing Title company. The Lien is Attached as **Exhibit A.**

5. On January 23, 2023, BDG International contacted the closing company demanding full payment of $214,000.00 alleged as an existing due and owing debt. The closing company declined to issue insurance required to complete the transaction, unless I made the full payment of $214,000.00 out of the transaction. The Collection Demand is attached as **Exhibit B.**

6. The debtor has contacted BDG International demanding they immediately contact the lender and correct their position on the discharged debt. To date BDG International has refused. This refinance package is the only opportunity the debtor has to move forward. The Demand is Attached as **Exhibit C**.

7. Time is of the essence as this opportunity for the debtor is required to move forward in any possible way to attempt any recovery.

**WHEREFORE,** Debtor Robert Bowers respectfully requests this Honorable Court to grant this motion requesting relief and sanctions as the Court deems proper.

Dated: January 30, 2023

Respectfully submitted,

Robert J Bowers
1439 CR 111
Florissant, Colorado 80816
719-689-5571
auxiliarygraphic@att.net

Exhibit A

685585
Page 1 of 1
Krystal Brown, Clerk & Recorder
Teller County, Colorado  RP $0.00
01-22-2016 01:58 PM  Recording Fee $11.00

DISTRICT COURT, EL PASO COUNTY, COLORADO
Court Address:
PO Box 2980
270 S. Tejon
Number: 10CV-001704
Colorado Springs, CO 80901-0000

**EFILED Document**
CO El Paso County District Court 4th JD
Filing Date: Aug 2 2011 12:34PM MDT
Filing ID: 39045273   Div.: 9
Review Clerk: Rachael Maestas

Plaintiff:  BDG INTERNATIONAL INC

Defendant:  BOWERS, ROBERT J. et al

TRANSCRIPT OF JUDGMENT

Original Judgment Amount:    $214,187.11   Judgment Date: July 20, 2011
Revived Judgment Amount:             $.00   Judgment Date:
Judgment Status:  UNSATISFIED

Additional Remarks:

Debtor(s):  ROBERT J BOWERS
            AUXILIARY GRAPHIC EQUIPMENT INC

Creditor(s): BDG INTERNATIONAL INC

Balance of Judgment to Date:         $214,187.11

I hereby certify that the above is a true and complete transcript of the judgment in the above-referenced case which is retained in my office.

EC153554

Machol & Johannes LLC
Johns Manville Plaza
717 Seventeenth Street, Ste 2300
Denver CO 80202-3317

Lynette Collins
Clerk of Court
DISTRICT COURT, EL PASO COUNTY

DATE: August 02, 2011      BY

Deputy Clerk




**BDG INTERNATIONAL, INC.**
Since 1983

*Exhibit B*

January 23rd 2023

Darla Kirchor
Lending Settlement Officer
**Premier Reverse Closings**
9085 Foothills Blvd
Roseville, CA 95747

Re: Reply to Demand for Full Payoff, Escrow number: 2301-287454
Transcript of Judgement: In the amount of $214,187.11, plus interest and costs
Case no.: 10CF-001704
Court: District Court
County: Teller
State: Colorado
Creditor: BDG International Inc.
Debtor: Robert J. Bowers / Auxiliary Graphic Equipment Inc
Recorded: October 25th, 2013
Recording information: (instrument) 667520
Renewals of judgement recorded January 22nd, 2016 as 685585 and May 16th, 2017 as 697610

**Please be advised the demand for full pay of the debt to BDG International Inc is**

$214,187.11 + interest
Interest has accrued at 1.5% per month
Start date of accrued interest: January 1st of 2009

If you have any further questions, please find the contact information below.

Thank you

LISA VICTORIA WALLER
Digitally signed by LISA VICTORIA WALLER
DN: cn=LISA VICTORIA WALLER, c=US, o=BDG INTERNATIONAL, INC., email=lisaw@bdginternational.com
Date: 2023.01.23 17:40:15 -06'00'

Lisa Victoria Waller
President

Email: lisaw@bdginternational.com
D/ 847-760-0014
M/ 630-776-5648

DEDICATED TO FINDING TRADE SOLUTIONS FOR YOU!    www.bdginternational.com | www.bdginternational.in

*Exhibit C*

*1 of 3*

**BDG Discharge of Lien**

From: Robert Bowers (auxiliarygraphic@att.net)
To: lisaw@bdginternational.com; dkichor@prclosings.com
Date: Friday, January 27, 2023 at 01:04 PM MST

Dear Ms. Waller,

I am writing in regard to your fraudulent attempt to re-introduce collection efforts of a discharged debt. You are knowingly in violation of Federal Statutes as well as a Federal Court order. Attached is the discharge granted in April of 2019 as you are already aware of and are in receipt of this court order back in 2019 when it was granted.

I demand an immediate withdrawal of your claim, in the same manner that you have tried to reinstitute this lien. If you fail to follow my demand today, I will immediately file for sanctions from the Court.

Sincerely,

Robert Bowers
719-689-5571 Office
303-229-9352 Mobile

This transmission and any attachment is privileged and confidential. Any dissemination or copying of this communication is prohibited. If you are not the intended recipient, please notify us immediately by replying and delete the message. Thank you.

📎 BDG International Demand for payment.pdf
54kB

📎 BDG signed Order avoiding lien.pdf
116.1kB

*Exhibit C*
*2 of 3*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:  ) Chapter 7
 ) Case No.: 17-15526 CDP
ROBERT JOSEPH BOWERS )
 )
 Debtor )
_____)

### ORDER AVOIDING LIEN

Upon the Motion by the Debtor to Avoid Judicial Lien and Responses thereto, and the Court being advised of the premises therein:

HEREBY ORDERS that the Debtor's Motion to Avoid Judicial Lien is GRANTED.

IT IS FURTHER ORDERED that the following liens impair the Debtor's exemptions within the meaning of 11 U.S.C. §522(f), and are, therefore, forever avoided and extinguished and no longer enforceable against the property of the Debtor:

| Creditor | Amount of Claim | Dates Recorded | Reception Numbers |
|---|---|---|---|
| BDG International Inc. | $337,405.67 (per poc filed by BDG on 3/18/19) | 10/25/2013 and 5/16/2017 | 20130080369 and 20170031725 |

BY THE COURT

*Cathleen D Parker*
_____ 4/26/2019

Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Colorado

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert Joseph Bowers** | Social Security number or ITIN xxx-xx-5265 |
| | First Name  Middle Name  Last Name | EIN 84-1417840 |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ |
| | | EIN __-_____ |
| United States Bankruptcy Court **District of Colorado** | | |
| Case number:  **17-15526-CDP** | | |

*Exhibit C   3 of 3*

# Order of Discharge        12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Joseph Bowers
fods Auxiliary Graphic Equipment Inc.

6/21/18                    By the court:  Cathleen D. Parker
                                           United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318 COB#177 b318_7        **Order of Discharge**        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 1/30/2023 11:56:56 AM

User Information

Robert J Bowers
1439 County Road 111
Florissant
CO
80816

auxiliarygraphic@att.net
719-689-5571